■ WILLIAM F. THORNTON v. ARTHUR BLUSH et al.— Motion for enlargement of time denied, with $10 costs, and the stay contained in the order to show cause, dated November 12, 1959, is vacated. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of PAUL GREENE.— Motion granted. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of the Dissolution of DELGADO'S MEXICAN HANDICRAFTS INC. DELGADO'S MEXICAN HANDICRAFTS, INC.; NAOMI AIN.— Motion for stay granted to the extent of permitting the corporation, Delgado's Mexican Handicrafts, Inc., to continue its lawful business pending the hearing and determination of the appeal, provided that the corporate assets are not dissipated, records are kept of all sales and a separate bank account is maintained, and provided further that the appellant procures the record on appeal and the appellant's points to be served and filed on or before December 24, 1959, with notice of argument for January 5, 1960. The petitioner-respondent, if so advised, may apply for the posting of security in a proper amount. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

## (December 4, 1959)

■ PENN-TEXAS CORPORATION v. MURAT ANSTALT et al.— Motion for stay denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ LILLIAN KAPLAN et al. v. CITY OF NEW YORK.— Motion granted insofar as to extend appellant's time to procure the record on appeal and appellant's points to be served and filed to and including January 5, 1960, with notice of argument for the February 1960 Term of this court. and the order of this court, entered September 15, 1959 is modified accordingly. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of PHYLLIS HOFFMAN, Respondent, against HERBERT HOFFMAN, Appellant.— Motion to punish petitioner-respondent for contempt granted. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.